IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-CV-320-D

| | |
|---|---|
| PAMELA DENISE JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )            **ORDER** |
| | ) |
| NC RECOVERY SERVICES, INC.; | ) |
| ASSET RECOVERY SOLUTIONS, LLC; | ) |
| PRANCER CAPITAL CORP.; | ) |
| PLATINUM PRE-OWNED, LLC; | ) |
| and CONSUMER PORTFOLIO | ) |
| SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

On May 13, 2026, plaintiff, appearing pro se, filed a complaint [D.E. 1] and a motion to proceed in forma pauperis [D.E. 4]. Pursuant to 28 U.S.C. § 636(b)(1), this matter is referred to United States Magistrate Judge Robert T. Numbers II for a memorandum and recommendation on the plaintiff's motion to proceed in forma pauperis [D.E. 4] and for frivolity review.

SO ORDERED. This **27** day of May, 2026.

_____
JAMES C. DEVER III
United States District Judge