IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 5:26-CV-320-D-RN

| | |
|---|---|
| PAMELA DENISE JOHNSON,<br><br>Plaintiff<br><br>v.<br><br>CONSUMER PORTFOLIO SERVICES, INC.; PLATINUM PRE-OWNED, LLC; PRANCER CAPITAL CORP.; AMERICAN RECOVERY SERVICES; ERIE INSURANCE COMPANY; NC RECOVERY SERVICES, INC., AMERICAN RECOVERY SERVICES, INC.,<br><br>Defendants. | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE of the appearance of Matthew C. Burke and the firm of Young Moore and Henderson, P.A, as counsel of record for Defendant Platinum Pre-Owned, LLC in the above-referenced matter. Undersigned counsel requests copies of all pleadings, discovery, notices, correspondence and other filings submitted in connection with this matter.

Date: August 21, 2026.

YOUNG MOORE AND HENDERSON, P.A.

BY: /s/ Matthew C. Burke

MATTHEW C. BURKE
N.C. State Bar No.: 52053
3101 Glenwood Avenue, Suite 200
Raleigh, NC 27612
Ph: 919-782-6860
Fax: 919-782-6753
Email: matthew.burke@youngmoorelaw.com
*Attorneys for Platinum Pre-Owned, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, and that I served the pro se party listed below by U.S. Mail:

Pamela Denise Johnson
3361 Sunset Ave, Ste 748
Rocky Mount, NC 27804

Date: August 21, 2026.

YOUNG MOORE AND HENDERSON, P.A.

BY: /s/ Matthew C. Burke

MATTHEW C. BURKE
N.C. State Bar No.: 52053
3101 Glenwood Avenue, Suite 200
Raleigh, NC 27612
Ph: 919-782-6860
Fax: 919-782-6753
Email: matthew.burke@youngmoorelaw.com
*Attorneys for Platinum Pre-Owned, LLC*