IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 5:26-CV-320-D-RN

| | |
|---|---|
| PAMELA DENISE JOHNSON,<br><br>Plaintiff<br><br>v.<br><br>CONSUMER PORTFOLIO SERVICES, INC.; PLATINUM PRE-OWNED, LLC; PRANCER CAPITAL CORP.; AMERICAN RECOVERY SERVICES; ERIE INSURANCE COMPANY; NC RECOVERY SERVICES, INC., AMERICAN RECOVERY SERVICES, INC.,<br><br>Defendants. | **PLATINUM PRE-OWNED, LLC'S MOTION TO DISMISS** |

Defendant Platinum Pre-Owned, LLC ("Platinum") moves to dismiss Plaintiff's Second Amended Complaint under Rule 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure. The Court should dismiss the action as against Platinum for the reasons argued in Platinum's Memorandum of Law in support of this Motion.

Date: August 21, 2026.

YOUNG MOORE AND HENDERSON, P.A.

BY: /s/ Matthew C. Burke
CHRISTOPHER A. PAGE
N.C. State Bar No.: 19600
MATTHEW C. BURKE
N.C. State Bar No.: 52053
3101 Glenwood Avenue, Suite 200
Raleigh, NC 27612
Ph: 919-782-6860
Fax: 919-782-6753
Email: chris.page@youngmoorelaw.com
Email: matthew.burke@youngmoorelaw.com
*Attorneys for Platinum Pre-Owned, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, and that I served the pro se party listed below by U.S. Mail:

Pamela Denise Johnson
3361 Sunset Ave, Ste 748
Rocky Mount, NC 27804

Date: August 21, 2026.

YOUNG MOORE AND HENDERSON, P.A.

BY: /s/ Matthew C. Burke
CHRISTOPHER A. PAGE
N.C. State Bar No.: 19600
MATTHEW C. BURKE
N.C. State Bar No.: 52053
3101 Glenwood Avenue, Suite 200
Raleigh, NC 27612
Ph: 919-782-6860
Fax: 919-782-6753
Email: chris.page@youngmoorelaw.com
Email: matthew.burke@youngmoorelaw.com
*Attorneys for Platinum Pre-Owned, LLC*