IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 5:26-CV-320-D-RN

PAMELA DENISE JOHNSON,

Plaintiff

v.

CONSUMER PORTFOLIO SERVICES, INC.; PLATINUM PRE-OWNED, LLC; PRANCER CAPITAL CORP.; AMERICAN RECOVERY SERVICES; ERIE INSURANCE COMPANY; NC RECOVERY SERVICES, INC., AMERICAN RECOVERY SERVICES, INC.,

Defendants.

**DECLARATION OF JEN DORAZIO**

I, Jen Dorazio, state the following based on my personal knowledge:

1. I am over eighteen years old and competent to testify to the matters stated in this declaration.

2. I am the Human Resources Director at Platinum Pre-Owned, LLC ("Platinum").

3. Platinum is a Pennsylvania limited liability company. Platinum is a car dealership business. It operates exclusively in Pennsylvania.

4. Platinum has two locations. Both are in Pennsylvania. One is located in Carlisle, Pennsylvania. The other is located in Mechanicsburg, Pennsylvania.

5. Platinum does not do business in North Carolina.

6. Platinum's employees are all located in Pennsylvania. Platinum does not have any employees located in North Carolina.

7. The sale that Ms. Johnson discusses in her complaint and amended complaints occurred at Platinum's Carlisle, Pennsylvania location. True and accurate copies of the contract

documents for the sale are attached to Platinum's Memorandum of Law Supporting its Motion to Dismiss as Exhibits 2 through 7. Ms. Johnson provided a Carlisle, Pennsylvania address for the sale, and the vehicle was registered to her at the Carlisle, Pennsylvania address as a part of the transaction.

I declare under penalty of perjury that the foregoing is true and correct.

Date executed: August 21, 2026.

Jen Dorazio