7100

# COMMONWEALTH OF PENNSYLVANIA

## CERTIFICATE OF TITLE FOR A VEHICLE

353693

FUEL TYPE: GASOLINE

21337037900013 0-001

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE OF VEHICLE | TITLE NUMBER |
|---|---|---|---|
| JA4APVAU5MU004126 | 2021 | MITSUBISHI | 82119708970Z SA |

| BODY TYPE | DUP | SEAT CAP | PRIOR TITLE STATE | ODOM. PROCD. DATE | ODOM. MILES | ODOM. STATUS |
|---|---|---|---|---|---|---|
| SW | 0 | | | 12/03/21 | 014939 | 0 |

| DATE PA TITLED | DATE OF ISSUE | UNLADEN WEIGHT | GVWR | GCWR | TITLE BRANDS |
|---|---|---|---|---|---|
| 04/02/21 | 12/03/21 | | | | |

ODOMETER STATUS
0 = ACTUAL MILEAGE
1 = MILEAGE EXCEEDS THE MECHANICAL LIMITS
2 = NOT THE ACTUAL MILEAGE
3 = NOT THE ACTUAL MILEAGE-ODOMETER TAMPERING VERIFIED
4 = EXEMPT FROM ODOMETER DISCLOSURE

TITLE BRANDS
A = ANTIQUE VEHICLE
C = CLASSIC VEHICLE
D = COLLECTIBLE VEHICLE
F = OUT OF COUNTRY
G = ORIGINALLY MFGD. FOR NON-U.S. DISTRIBUTION
H = AGRICULTURAL VEHICLE
L = LOGGING VEHICLE
P = IS/WAS A POLICE VEHICLE
R = RECONSTRUCTED
S = STREET ROD
T = RECOVERED THEFT VEHICLE
V = VEHICLE CONTAINS REISSUED VIN
W = FLOOD VEHICLE
X = IS/WAS A TAXI

Commonwealth of Pennsylvania — Department of Transportation

REGISTERED OWNER(S)
SANTANDER CONSUMER USA
275 1/2 LARK ST
ALBANY NY 12210

FIRST LIEN FAVOR OF:

SECOND LIEN FAVOR OF:

If a second lienholder is listed upon satisfaction of the first lien, the first lienholder must forward this Certificate of Title to the Bureau of Motor Vehicles with the appropriate form and fee.

FIRST LIEN RELEASED ____ DATE

BY ____ AUTHORIZED REPRESENTATIVE

SECOND LIEN RELEASED ____ DATE

BY ____ AUTHORIZED REPRESENTATIVE

MAILING ADDRESS
031007
SANTANDER CONSUMER USA
275 1/2 LARK ST
ALBANY NY 12210

pennsylvania
DEPARTMENT OF TRANSPORTATION

I certify, as of the date of issue, the official records of the Pennsylvania Department of Transportation reflect that the person(s) or company named herein is the lawful owner of the said vehicle.

YASSMIN GRAMIAN P.E.
*Secretary of Transportation*

## D. APPLICATION FOR TITLE AND LIEN INFORMATION

TO BE COMPLETED BY PURCHASER WHEN VEHICLE IS SOLD AND THE APPROPRIATE SECTIONS ON THE REVERSE SIDE OF THIS DOCUMENT ARE COMPLETED.

SUBSCRIBED AND SWORN TO BEFORE ME: 01 MONTH 08 DAY 22 YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

SIGN IN PRESENCE OF A NOTARY

STAMP OR SEAL
MELISSA SANTOS
PLATINUM PREOWNED LLC
DIN # 86-34123

The undersigned hereby makes application for Certificate of Title to the vehicle described above, subject to the encumbrances and other legal claims set forth here.

(X) SIGNATURE OF APPLICANT OR AUTHORIZED SIGNER

SIGNATURE OF CO-APPLICANT/TITLE OF AUTHORIZED SIGNER

If a co-purchaser other than your spouse is listed and you want the title to be listed as "Joint Tenants With Right of Survivorship" (on death of one owner, title goes to surviving owner) CHECK HERE ☐. Otherwise, the title will be issued as "Tenants in Common" (on death of one owner, interest of deceased owner goes to his/her heirs or estate).

IF NO LIEN, CHECK ☐ IS THIS AN ELT? (IF YES, FIN REQUIRED) YES ☒ NO ☐

1ST LIENHOLDER FINANCIAL INSTITUTION NUMBER: 330459135 01

1ST LIENHOLDER NAME: Consumer Portfolio Services

STREET: P.O Box 57071

CITY: Irvine STATE: CA ZIP: 92619

IF NO 2ND LIEN, CHECK ☒ IS THIS AN ELT? (IF YES, FIN REQUIRED) YES ☐ NO ☐

2ND LIENHOLDER FINANCIAL INSTITUTION NUMBER:

2ND LIENHOLDER NAME

STREET

CITY STATE ZIP

STORE IN A SAFE PLACE - IF LOST APPLY FOR A DUPLICATE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE

DO NOT ACCEPT DOCUMENT WITHOUT VERIFYING THE PRESENCE OF THE LIBERTY BELL WATERMARK

83103187

(TYPE OR PRINT) Certificate of Title must be submitted within 20 days, unless the purchaser is a registered dealer holding the vehicle for resale.

**WARNING -** FEDERAL AND STATE LAWS REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES OR IMPRISONMENT.

## A. ASSIGNMENT OF TITLE -

Registered dealers must complete Forms MV-27A or MV-27B as required by law. If purchaser is NOT a registered dealer, Section D on the front of this form must be completed.

I/We certify, to the best of my/our knowledge that the odometer reading is 14,939 TENTHS X miles and reflects the actual mileage of the vehicle, unless one of the following boxes is checked:

☐ Reflects the amount of mileage in excess of its mechanical limits ☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN TO BEFORE ME: DEC 2 3 2021 MO. DAY YEAR

Elizabeth Rehrig — SIGNATURE OF PERSON ADMINISTERING OATH

STAMP OR SEAL: Elizabeth Rehrig — AMERICA'S AUTO AUCTION HARRISBURG 86-34859

| LAST | FIRST | MIDDLE NAME |
|---|---|---|
| PURCHASER OR FULL BUSINESS NAME: Platinum Mitsubishi | | |

CO-PURCHASER:

STREET ADDRESS: 6039 Carlisle Pike

CITY: Mechanicsburg

STATE: PA ZIP: 17050 PURCHASE PRICE OR DIN:

Jennifer Mundt — PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST *HANDPRINT* NAME HERE: Jennifer Mundt

[signature] — SIGNATURE OF SELLER

[signature] — SIGNATURE OF CO-SELLER

SELLER AND/OR CO-SELLER MUST *HANDPRINT* NAME HERE: [handwritten name]

If purchaser listed in Block A is NOT a registered dealer Section D on the front of this form must be completed.

## B. RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER

I/We certify, to the best of my/our knowledge that the odometer reading is 14939 TENTHS X miles and reflects the actual mileage of the vehicle, unless one of the following boxes is checked:

☐ Reflects the amount of mileage in excess of its mechanical limits ☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN TO BEFORE ME: 12 MO. 29 DAY 21 YEAR

[signature] — SIGNATURE OF PERSON ADMINISTERING OATH

STAMP OR SEAL: PLATINUM PREOWNED LLC DIN # 86-34123

| LAST | FIRST | MIDDLE NAME |
|---|---|---|
| PURCHASER OR FULL BUSINESS NAME: Platinum Preowned LLC | | |

CO-PURCHASER: 1119 Harrisburg Pike

STREET ADDRESS: Carlisle, PA 17013

CITY: DIN # 86-34123

STATE: ZIP: PURCHASE PRICE OR DIN:

[signature] — PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST *HANDPRINT* NAME HERE:

Jennifer Mundt — SIGNATURE OF SELLER

SELLER MUST *HANDPRINT* NAME HERE: Jennifer Mundt

If purchaser is NOT a registered dealer Section D on the front of this form must be completed.

## RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER

I/We certify, to the best of my/our knowledge that the odometer reading is 15,132 TENTHS X miles and reflects the actual mileage of the vehicle, unless one of the following boxes is checked:

☐ Reflects the amount of mileage in excess of its mechanical limits ☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN TO BEFORE ME: 01 MO. 08 DAY 22 YEAR

[signature] — SIGNATURE OF PERSON ADMINISTERING OATH

STAMP OR SEAL: MELISSA SANTOS PLATINUM PREOWNED LLC DIN # 86-34123

| LAST | FIRST | MIDDLE NAME |
|---|---|---|
| PURCHASER OR FULL BUSINESS NAME: Johnson | Pamela | Denise |

CO-PURCHASER:

STREET ADDRESS: 612 N. Bedford St.

CITY: Carlisle

STATE: PA ZIP: 17013 PURCHASE PRICE OR DIN: 29900.00

(X) [signature] — PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST *HANDPRINT* NAME HERE: Pamela D. Johnson

x [signature] — SIGNATURE OF SELLER

SELLER MUST *HANDPRINT* NAME HERE: Antonio Colon

If purchaser is NOT a registered dealer Section D on the front of this form must be completed.

## RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER

I/We certify, to the best of my/our knowledge that the odometer reading is ________ TENTHS X miles and reflects the actual mileage of the vehicle, unless one of the following boxes is checked:

☐ Reflects the amount of mileage in excess of its mechanical limits ☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN TO BEFORE ME: MO. DAY YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

STAMP OR SEAL

| LAST | FIRST | MIDDLE NAME |
|---|---|---|
| PURCHASER OR FULL BUSINESS NAME: | | |

CO-PURCHASER

STREET ADDRESS

CITY

STATE ZIP PURCHASE PRICE OR DIN

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST *HANDPRINT* NAME HERE

SIGNATURE OF SELLER

SELLER MUST *HANDPRINT* NAME HERE

MV-4 (12-2015)

## C. ☐ CHECK HERE IF APPLYING FOR A DEALER TITLE AND COMPLETE SECTION D. TITLING FEES $ ______ . ______

An employee of an issuing agent licensed as a vehicle dealer by the Pennsylvania State Board of Vehicle Manufacturers, Dealers and Salespersons may verify a person's signature in lieu of notarization.