ally

# Ally GAP Addendum

## Vehicle Information

| Vehicle Identification Number (VIN) | Year | Make | Model |
|---|---|---|---|
| JA4APUAU5MU004126 | 2021 | Mitsubishi | OutlanderSport |

| MSRP (New) / J.D. Power (Used) | Odometer Reading |
|---|---|
| 28009.00 | 15132 |

## Customer/Borrower/Lessee

| First & Last Name or Company Name | Co-Borrower / Co-Lessee Name |
|---|---|
| PAMELA D JOHNSON | |

| Address | Email Address |
|---|---|
| 612 N BEDFORD ST | PAMELAJ0126@GMAIL.COM |

| City | State | Zip Code | Phone Number |
|---|---|---|---|
| CARLISLE | PA | 17013 | 717-353-1456 |

## Financial Agreement

| | Effective Date | Term |
|---|---|---|
| ☐ Installment Sale ☐ Balloon ☑ Loan ☐ Lease | 01/08/2022 | 72 |

| Amount Financed/Lease Cap Cost | Finance Rate/Lease Charge |
|---|---|
| 30157.00 | 16.5 |

## Guaranteed Asset Protection (GAP)

| | |
|---|---|
| **The Charge to You for this GAP Addendum:** 1000.00 | ☐ **COMMERCIAL USE/REGISTRATION:** (as defined in VI., D.): AVAILABLE ONLY FOR MOTOR VEHICLES UP TO 16,000 POUNDS GVWR-Not available for FMCC financed contracts (see IV.C. for other exclusions). |
| **Maximum Amount Financed/Lease Cap Cost:** $200,000 (FMCC Maximum Amount Financed for personal use is limited to $100,000) | **The Maximum Deductible Amount for automobile physical damage insurance:** $1,000 (see section IX for Alaska exclusion) |

**Maximum Liability:** If the amount financed or lease cap cost exceeds 150% of the lowest of (a) the **Vehicle** purchase price or agreed upon value as shown on the **Financial Agreement**, (b) MSRP, or (c) J.D. Power or equivalent retail book value, the settlement will be reduced in proportion to the amount that exceeds the stated limit of 150%. In no event will this GAP Addendum waive any amount in excess of fifty-thousand dollars ($50,000).

**Maximum GAP and Financial Agreement Term:** NINETY SIX (96) MONTHS FOR NEW AND USED VEHICLES (Limited to 84 months in California).

**PROGRAM ADMINISTRATOR:** Universal Warranty Corporation PO Box 6543, Chicago, IL 60680 800-631-5590 www.allyclaims.com

## Financial Institution / Seller

| Financial Institution | | | Seller | | |
|---|---|---|---|---|---|
| Name: CPS, Inc | | | Seller Name/Seller ID (Required): PLATINUM PREOWNED LLC 795605 | | |
| Address: 19500 Jamboree Road, Suite 500 | | | Address: 1119 HARRISBURG PIKE | | |
| City: Irvine | State: CA | Zip Code: 92612 | City: CARLISLE | State: PA | Zip Code: 17013-1618 |
| Phone Number: | | | Phone Number: 717-218-5133 | Employee ID (Optional): ALCC | |

**You have read the entire disclosures and terms of this GAP Addendum and You agree to all of the terms of this GAP Addendum. You understand that neither the extension of credit, the terms of the credit, nor the terms of the related motor vehicle sale or lease may be conditioned upon the purchase of this GAP Addendum. This GAP Addendum is optional and will not be provided unless You sign below and pay the charges as shown above. This GAP Addendum may not cancel or waive the entire amount owed under the Financial Agreement at the time of loss. THIS GAP ADDENDUM IS NOT A CREDIT INSURANCE POLICY AND NEITHER DOES IT PROVIDE PHYSICAL DAMAGE COVERAGE NOR ELIMINATE YOUR OBLIGATION TO INSURE YOUR VEHICLE UNDER APPLICABLE STATE LAW. YOU MAY WISH TO CONSULT AN INSURANCE AGENT TO DETERMINE WHETHER SIMILAR COVERAGE MAY BE OBTAINED AND AT WHAT COST. Unless You provide proof that the Financial Agreement has been terminated, all refunds will be made payable to the Financial Institution and may be applied to reduce the total amount owed under the Financial Agreement.**

## Signature

☒ **You want to purchase this GAP Addendum**

| Customer/Borrower/Lessee Signature | Co-Borrower/Co-Lessee Signature | Date |
|---|---|---|
| [signature] | | 01/08/2022 |
| **Seller/Title Representative Name** | **Seller Representative Signature** | **Date** |
| Platinum Preowned LLC | [signature] | 01/08/2022 |

©2021 Ally Financial. All rights reserved.
Ally is a registered service mark of Ally Financial.





GAP-150-PRO (04-21)