# AGREEMENT TO PROVIDE INSURANCE

I understand that to provide protection from serious financial loss, should an accident occur, my installment contract requires the vehicle to be continuously covered with insurance against the risks of fire, theft and collision. Accordingly, I have arranged for the required insurance through the insurance company shown below and have requested my agent to note the lien holder's interest in the vehicle and endorse the policy with a loss payable endorsement (NAUA Form 51b or equivalent) in favor of the lien holder at the address listed below.

I further understand that if for any reason the below insurance is not obtained or not continuously maintained, the lien holder may, at its option, secure insurance according to the terms of my contract. I authorize the lien holder to add the premium and related financing charge for such insurance to the next payment due for this vehicle.

Lien holder: Consumer Portfolio Services
Irvine, CA 92619
PO Box 57071

| VEHICLE INSURED | | | PURCHASER(S) |
|---|---|---|---|
| Year: 2021 | | Color: SILVER | Name: PAMELA JOHNSON |
| Make: MITSUBISHI | | Body Style: ES 2.0 CVT | Name: |
| Model: OUTLANDER SPORT | | | Street: |
| VIN #: JA4APUAU5MU004126 | | | City, State, Zip: |
| **INSURANCE COMPANY** | | | **INSURANCE AGENT** |
| Name: ERIE INSURANCE COMPANY | | | Name: BILLOW INS AGENCY |
| Policy #: Q123016438 | | | Street: 3530 PETERS MOUNTAIN RD |
| **EFFECTIVE DATES** | | **COVERAGE** | City, State, Zip: HALIFAX PA 17032 |
| From: 12/30/21 | To: 06/30/2022 | ☒ Fire, Theft<br>☒ Comprehensive<br>☒ Collision, Deductible | Phone #: (717)896-3080 |

**NOTE TO CUSTOMER: We reserve the right to contact your agent and verify the insurance information provided above.**

01/08/2022
Date

01/08/2022
Date

01/08/2022
Date

(Selling Dealer)