**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
Post Office Box 25670
Raleigh, North Carolina 27611

Phone: (919) 645-1700
Fax: (919) 645-1750

Peter A. Moore, Jr.
Clerk of Court

**Pamela Denise Johnson**
3661 Sunset Ave.
Ste. 748
Rocky Mount, NC 27804

Case No. Johnson v. NC Recovery Services Inc. et al 5:26-cv-320-D-RN
**Notice to Pro Se Party Regarding Response to Motion to Dismiss —Docket Entry #23**

Dear Sir or Madam:

***This letter provides important information about your case***.

The defendants filed a motion to dismiss in the above-captioned case. Local Civil Rule 7.1(f), EDNC, provides that you must respond to a motion within twenty-one (21) days of the date of service of the motion. If you fail to respond, the court may grant the motion, and your case could be dismissed. Your material in opposition to the motion to dismiss must be filed with the court on or before September 14, 2026.

Under Rule 5 of the Federal Rules of Civil Procedure and Local Civil Rule 5.1(f)(2), you must serve a copy of anything that you file with the court on any party who is a not a registered user of CM/ECF (i.e., a pro se party who has not registered for e-noticing).

Sincerely,
Peter A. Moore, Jr., Clerk of Court

By: /s/Amber Harrison
Deputy Clerk

cc: Opposing counsel via CM/ECF