amela Johnson
661 Sunset Ave Ste 748
ocky Mount NC 27804

U.S. District
Court Clerk's Office
310 New Bern Ave
Room 174
Raleigh, NC 27601-144

RECEIVED
SEP 15 2026
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC