xtremely Urgent

Express

SHIPPED FROM
2524432225
POSTALANNEX+ 12007
3661 SUNSET AVE
ROCKY MOUNT NC 27804

0.5 LBS LTR 1 OF 1

RECEIVED

SEP 15 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

SHIP TO:

7176803967
US EASTERN DISTRICT CT
310 NEW BERN AVE RM 1?4
RALEIGH NC 27601-1441

NC 276 9-02

UPS NEXT DAY AIR 1

TRACKING #: 1Z 88X 043 24 9711 1308

BILLING: P/P
SIGNATURE REQUIRED

Trx Ref No.: PM PKG ID 608291
Trx Ref No.: FROM Pamela Johnson
XOL 26.09.06 NV45 38.0A 09/2026*

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shippper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited. KR1125

**Extremely Urgent**

Scan QR code to schedule a pickup

Visit **UPS.com**

**Apply shipping documents on this side.**

## Window Envelope

Use this envelope with shipping documents printed from a laser or inkjet printer on plain paper.

This envelope is for use with the following services: **UPS Next Day Air®**, **UPS Worldwide Express®**, **UPS 2nd Day Air®**, **UPS Worldwide Expedited®**

[Th]is envelope for: **UPS Ground**, **UPS Standard**, **UPS 3 Day Select®**

US EASTERN DISTRICT CT
310 NEW BERN AVE
STE 174
RALEIGH NC 27601

P:222 S:TBL I:S
VIVR-1090
1Z88X0432497111308 1030
SAT08485 XLE01-1 Sep 15 06:29:55 2026
US 2764 UDC 25.9 SATOLR

**Domestic Shipments**

- To qualify for the letter rate, UPS Express® envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express envelopes containing items other than those listed or weighing more than 8oz. will be billed by weight.

**International Shipments**

- The UPS Express envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the letter rate, the UPS Express envelope must weigh 8 oz. or less. UPS express envelopes weighing more than 8 oz. will be billed by weight.

**Note:** UPS Express envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

Serving you for more than 110 years
United Parcel Service.®

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

For information about UPS's privacy practices or to opt out from the sale o[f] personal information, please see the UPS Privacy Notice at www.ups.com
010195103 5/21 PAC United Parcel Servic[e]