FILED

SEP 22 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ______ DEP CLK

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

**PAMELA DENISE JOHNSON,**
Plaintiff,

v.

**CONSUMER PORTFOLIO SERVICES, INC.;**
**PLATINUM PRE-OWNED, LLC;**
**PRANCER CAPITAL CORP.;**
**AMERICAN RECOVERY SERVICES;**
**ERIE INSURANCE COMPANY;**
**NC RECOVERY SERVICES, INC.; et al.,**
Defendants.

Case No.: **5:26-cv-00320-D-RN**

**PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS PRANCER CAPITAL CORP. AND AMERICAN RECOVERY SERVICES / PK WILLIS**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Pamela Denise Johnson, appearing *pro se*, hereby requests that the Clerk of the Court enter a formal Entry of Default against Defendant **Prancer Capital Corp.** and Defendant **American Recovery Services / PK Willis** for failure to answer, plead, or otherwise defend this action within the time prescribed by law.

As shown by the attached Declaration of Default, both named Defendants were properly served with the Summons and Complaint. **Defendant Prancer Capital Corp.'s deadline to respond to the Complaint was August 10, 2026. Defendant American Recovery Services / PK Willis's to respond to the Complaint was September 7, 2026.** Neither Defendant has filed an answer, motion, or other responsive pleading, and neither Defendant has obtained an extension of time from the Court.

Respectfully submitted this 21th day of September, 2026.

Pamela Denise Johnson, *Pro Se*
3661 Sunset Ave., Ste 748
Rocky Mount, NC 27804
Pamelaj0126@gmail.com
(717) 680-3967