FILED

SEP 22 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY MM DEP CLK

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**PAMELA DENISE JOHNSON,**
Plaintiff,

v.

**CONSUMER PORTFOLIO SERVICES, INC.;**
**PLATINUM PRE-OWNED, LLC;**
**PRANCER CAPITAL CORP.;**
**AMERICAN RECOVERY SERVICES;**
**ERIE INSURANCE COMPANY;**
**NC RECOVERY SERVICES, INC.; et al.,**

**Defendants.**

Case No.: **5:26-cv-00320-D-RN**

## DECLARATION OF PAMELA DENISE JOHNSON IN SUPPORT OF REQUEST FOR CLERK'S ENTRY OF DEFAULT

I, Pamela Denise Johnson, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true and correct:

1. I am the Plaintiff in the above-captioned matter, appearing *pro se*. I have personal knowledge of the facts set forth in this Declaration.
2. Defendant **Prancer Capital Corp.** was properly served with a copy of the Summons and Complaint, as evidenced by the Proof of Service filed on the court docket.
3. Defendant **American Recovery Services / PK Willis** was properly served with a copy of the Summons and Complaint, as evidenced by the Proof of Service filed on the court docket.
4. Defendant Prancer Capital Corp.'s deadline to answer, respond, or otherwise plead to the Complaint was August 10, 2026. Defendant American Recovery Services / PK Willis's deadline to answer, respond, or otherwise plead to the Complaint was September 7, 2026.
5. As of the date of this Declaration, neither Defendant **Prancer Capital Corp.** nor Defendant **American Recovery Services / PK Willis** has filed an answer, a motion to dismiss, or any other responsive pleading. The deadline to do so has expired and has not been extended by any order of this Court.
6. Upon personal knowledge and belief, neither Defendant is an infant, an incompetent person, or a member of the active military service protected by the Servicemembers Civil Relief Act.

Attached hereto as Exhibit A is a true and correct copy of the Proof of Service for Defendant Prancer Capital Corp.

Respectfully submitted,

______________________

Pamela Denise Johnson, *Pro Se*
3661 Sunset Ave., Ste 748
Rocky Mount, NC 27804

Pamelaj0126@gmail.com

(717) 680-3967