**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

**PAMELA DENISE JOHNSON,**
**Plaintiff,**

**v.**

**CONSUMER PORTFOLIO SERVICES, INC.;**
**PLATINUM PRE-OWNED, LLC;**
**PRANCER CAPITAL CORP.;**
**AMERICAN RECOVERY SERVICES;**
**ERIE INSURANCE COMPANY;**
**NC RECOVERY SERVICES, INC.; et al.,**
**Defendants.**

Case No.: **5:26-cv-00320-D-RN**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of September, 2026, a true and correct copy of the foregoing Request for Clerk's Entry of Default and supporting Declaration was served via United States Certified Mail, return receipt requested, to the last known business addresses of the non-responding parties:

**Prancer Capital Corp.**
115 North Calhoun St., Suite 4
Tallahassee, FL 32301

**American Recovery Services / PK Willis**
5118 Robert J Matthews Parkway
El Dorado Hills, CA 95762

Attached hereto as Exhibit B is a true and correct copy of the Proof of Service for Defendant American Recovery Services / PK Willis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of September, 2026, at Rocky Mount, North Carolina.

Pamela Denise Johnson