# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF NORTH CAROLINA

# WESTERN DIVISION

FILED

SEP 22 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY MM DEP CLK

**Case No. 5:26-cv-00320-D-RN**

**PAMELA DENISE JOHNSON,**
Plaintiff,

v.

**CONSUMER PORTFOLIO SERVICES, INC.;**
**PLATINUM PRE-OWNED, LLC;**
**PRANCER CAPITAL CORP.;**
**AMERICAN RECOVERY SERVICES;**
**ERIE INSURANCE COMPANY;**
**NC RECOVERY SERVICES, INC.; et al.,**

Defendants.

# PLAINTIFF'S NOTICE OF PENDING DEFAULT APPLICATIONS AND PROCEDURAL STATUS OF THE CASE

Plaintiff Pamela Denise Johnson, appearing pro se, respectfully submits this Notice to advise the Court of pending Applications for Entry of Default, procedural issues concerning Defendant Platinum Pre-Owned LLC's filing track, and clarifications regarding matters presently before the Court.

## I. Pending Applications for Entry of Default

Plaintiff has contemporaneously filed Applications for Entry of Default against Defendant Prancer Capital Corp. and Defendant American Recovery Services based upon their failure to answer or otherwise plead within the time permitted by the Federal Rules of Civil Procedure.

These default proceedings concern parties directly connected to the transactions and events underlying Plaintiff's Second Amended Complaint. Plaintiff respectfully submits that the procedural posture of those Defendants should be considered alongside the remaining pending motions in this matter.

## II. Procedural Irregularities in Defendant Platinum Pre-Owned LLC's Filing Track

Plaintiff respectfully notes that Defendant Platinum Pre-Owned LLC filed its Motion to Dismiss after expiration of its responsive deadline and without first obtaining an extension of time from the Court.

Plaintiff further notes that counsel appeared and filed Defendant's Motion to Dismiss on August 21, 2026, while Defendant's Financial Disclosure Statement (Doc. 26) was not filed until August 26, 2026.

Plaintiff additionally notes that Defendant's filings were submitted over multiple filing dates rather than through a complete contemporaneous filing track.

Further, Plaintiff observes that Defendant's filings identified this matter as proceeding in the Southern Division of the Eastern District of North Carolina, whereas this action is docketed in the Western Division.

Plaintiff respectfully submits that these procedural irregularities may be relevant to the Court's consideration of Defendant's pending Motion to Dismiss and the overall procedural posture of this action.

## III. Clarification Regarding Prancer Capital and the Adverse Action Allegations

Plaintiff respectfully clarifies that the adverse-action allegations set forth in the Second Amended Complaint concern the initial financing track involving Defendant Prancer Capital Corp. and are not limited solely to the financing ultimately associated with the vehicle emphasized within Defendant Platinum Pre-Owned LLC's motion papers.

Plaintiff submits that records associated with the Prancer Capital financing track remain relevant to the claims asserted in this action and explain why Plaintiff has sought entry of default against that Defendant.

## IV. Clarification Regarding Insurance Records

Plaintiff further notes that insurance records obtained directly from the insurer in December 2025 appear inconsistent with certain dates reflected within materials submitted by Defendant Platinum Pre-Owned LLC.

Specifically, Plaintiff possesses insurance declaration records for Vehicle 1 and Vehicle 2 reflecting policy periods beginning December 30, 2021, and extending through December 30, 2022. Plaintiff observes that certain exhibits submitted by Defendant reflect differing effective dates and coverage periods.

Plaintiff does not seek adjudication of these factual discrepancies through this Notice. Rather, Plaintiff submits that these differing records demonstrate unresolved factual questions relating to the Prancer Capital financing track, associated insurance history, and adverse-action allegations referenced in the Second Amended Complaint.

## V. Incorporation of Pending Filings

Plaintiff incorporates by reference her previously filed Motion to Strike and Memorandum in Opposition to Defendant Platinum Pre-Owned LLC's Motion to Dismiss.

Those filings address disputed records, document inconsistencies, authenticity concerns, and Plaintiff's position that discovery is necessary before those factual matters can be fully and fairly resolved.

# CONCLUSION

WHEREFORE, Plaintiff respectfully requests that the Court:

1. Take notice of the pending Applications for Entry of Default against Prancer Capital Corp. and American Recovery Services;
2. Consider the procedural issues identified above concerning Defendant Platinum Pre-Owned LLC's filing track;

3. Note Plaintiff's clarification regarding the Prancer Capital financing track and related adverse-action allegations;
4. Note the conflicting insurance records referenced herein; and
5. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Pamela Denise Johnson, *Pro Se*
3661 Sunset Ave., Ste 748
Rocky Mount, NC 27804
Pamelaj0126@gmail.com
(717) 680-3967

---

# EXHIBIT INDEX

**Exhibit A**
Insurance Declaration Page for Vehicle 1 obtained directly from insurer.

**Exhibit B**
Insurance Declaration Page for Vehicle 2 obtained directly from insurer.

**Exhibit C**
Defense exhibit reflecting differing policy dates and/or coverage periods referenced in Defendant Platinum Pre-Owned LLC's filings.

---

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Plaintiff's Notice of Pending Default Applications and Procedural Status of the Case**, together with all attached exhibits, was served upon counsel of record by depositing the same in the United States Mail, postage prepaid, on this 21st day of September 2026.

Respectfully submitted,

Pamela Denise Johnson, *Pro Se*
3661 Sunset Ave., Ste 748
Rocky Mount, NC 27804
Pamelaj0126@gmail.com
(717) 680-3967