**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **PAMELA DENISE JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 5:26-CV-00320-D-RN** |
| | ) | |
| **NC RECOVERY SERVICES, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# NOTICE OF APPEARANCE

COMES NOW the undersigned, Ryli W. Leader of Burr & Forman LLP, and hereby gives notice of her appearance as additional counsel of record for Defendant Patrick K. Willis Company, Inc. d/b/a American Recovery Service ("P.K. Willis"), in the above-captioned case. Counsel requests that copies of all notices, pleadings and other papers in this case be served upon her as counsel for Santander.

Respectfully submitted, this 23rd day of September, 2026.

*/s/ Ryli W. Leader*
Ryli W. Leader (NC Bar No. 61205)
BURR & FORMAN LLP
101 S. Tryon Street, Suite 2610
Charlotte, North Carolina 28280
Telephone: (704) 347-1170
Facsimile: (704) 347-4467
rleader@burr.com

Counsel for Defendant
PATRICK K. WILLIS COMPANY, INC. D/B/A
AMERICAN RECOVERY SERVICE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of September, 2026, I electronically filed a copy of the foregoing document and served a copy of the foregoing on the following parties via U.S. First Class Mail:

Pamela Denise Johnson
3661 Sunset Ave., Suite 748
Rocky Mount, NC 27804
*Plaintiff, pro se*

*/s/ Ryli W. Leader*
Ryli W. Leader (NC Bar No. 61205)
OF COUNSEL