**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **PAMELA DENISE JOHNSON,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**NC RECOVERY SERVICES, INC., et al.,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **No. 5:26-CV-00320-D-RN** |

# MOTION FOR LEAVE TO FILE ANSWER OUT OF TIME

COMES NOW Defendant Patrick K. Willis Company, Inc. d/b/a American Recovery Service ("P.K. Willis"), by and through undersigned counsel, and pursuant to Rule 6(b), hereby moves the Court for leave to file the proposed answer and affirmative defenses, attached hereto as **Exhibit A**, out of time. In support of this Motion, P.K. Willis relies on the contemporaneously filed Memorandum of Law in Support. As explained therein, the short delay in its response resulted from excusable neglect, no party has been prejudiced by the short delay at this early stage of the case, P.K. Willis has demonstrated an intent to defend against the claims, and the Fourth Circuit's policy of deciding cases on the merits supports the relief requested herein.

WHEREFORE, pursuant to Rule 6(b), P.K. Willis respectfully moves the Court to GRANT this Motion, allow P.K. Willis to file the Answer and Affirmative Defenses attached hereto, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted, this 23rd day of September, 2026.

*/s/ Ryli W. Leader*
Ryli W. Leader (NC Bar No. 61205)
BURR & FORMAN LLP
101 S. Tryon Street, Suite 2610
Charlotte, North Carolina 28280

Telephone: (704) 347-1170
Facsimile: (704) 347-4467
rleader@burr.com

Counsel for Defendant
PATRICK K. WILLIS COMPANY, INC. D/B/A
AMERICAN RECOVERY SERVICE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of September, 2026, I electronically filed a copy of the foregoing document and served a copy of the foregoing on the following parties via U.S. First Class Mail:

Pamela Denise Johnson
3661 Sunset Ave., Suite 748
Rocky Mount, NC 27804
*Plaintiff, pro se*

*/s/ Ryli W. Leader*
Ryli W. Leader (NC Bar No. 61205)
OF COUNSEL