IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 5:26-CV-00320-D-RN

| | | |
|---|---|---|
| PAMELA DENISE JOHNSON | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| v. | ) | |
| NC RECOVERY SERVICES, INC., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION AND ATTRIBUTED CITIZENSHIP**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, or Fed. R. Crim. P. 12.4 and Local Criminal Rule 12.3,

Patrick K. Willis Company, Inc. d/b/a American Recovery Service who is Defendant,
(name of party/intervenor) (plaintiff/defendant/other:__________)

makes the following disclosure:

1. Is the party/intervenor a publicly held corporation or other publicly held entity?

YES ○ NO ◉

2. Does the party/intervenor have any parent corporations?

YES ○ NO ◉

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

N/A

3. Is 10% of more of the stock of the party/intervenor owned by a publicly held corporation or other publicly held entity?

YES ○ NO ◉

If yes, identify all such owners:

N/A

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal 12.3)?

YES ○ NO ◉

5. Is the party/intervenor a trade association?

YES ○ NO ◉

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

N/A

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:

N/A

7. In a case based on diversity jurisdiction, the following is a list of every individual or entity whose citizenship is attributed to the party/intervenor:

| | |
|---|---|
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |

If there are additional individuals or entities who citizenship is attributed to the party/intervenor, please provide their names and states of citizenship on a separate piece of paper.

Signature: /s/Ryli W. Leader

Date: 09/23/2026