**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

Pamela Denise Johnson,

Plaintiff,

v.

Consumer Portfolio Services, Inc., et al.

Defendants.

Case No.: 5:26-cv-00320-D-RN

# NOTICE OF APPEARANCE

The undersigned, David A. Grassi, Jr., attorney for Prancer Capital Corp. ("Prancer"), hereby notifies and advises the Court and the parties of record that he is appearing on behalf of Prancer in the above-referenced matter. The undersigned should be sent all further pleadings or communications in this case to the address identified below.

Dated: September 25, 2026

Respectfully submitted,
/s David A. Grassi, Jr.

David A. Grassi, Jr. (N.C. Bar No. 38191)
Frost Echols, LLC
Mailing Address:
P.O. Box 12645
Rock Hill, SC 29730
Physical Address:
300 Chatham Ave., Suite 310
Rock Hill, SC 29731
Phone: (803) 329-8970
Email: david.grassi@frostechols.com

*Counsel for Defendant Prancer Capital Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2026, the foregoing was filed with the court via the Clerk of the Court using the CM/ECF system, and sent via U.S. Mail and/or electronic mail to:

Pamela Denise Johnson
3661 Sunset Ave., Ste. 748
Rocky Mount, NC 27804
Pamelaj0126@gmail.com
*Pro se Plaintiff*

/s David A. Grassi, Jr.
David A. Grassi, Jr