UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| **PAMELA DENISE JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 5:26-CV-00320-D-RN** |
| | ) | |
| **NC RECOVERY SERVICES, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

**THIS MATTER IS BEFORE THE COURT** on Defendant Patrick K. Willis Company, Inc. d/b/a American Recovery Service's "Motion for Leave to File Answer Out of Time" filed on September 23, 2026 (Doc. 37). Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Patrick K. Willis Company, Inc. d/b/a American Recovery Service's "Motion for Leave to File Answer Out of Time" is **GRANTED.** Defendant Patrick K. Willis Company, Inc. d/b/a American Recovery Service is directed to file the Answer and Affirmative Defenses attached to the motion as Exhibit A (Doc. 37-1) within ten days of this Order.

This the 28 day of September, 2026.

J. Dever

James C. Dever III
UNITED STATES DISTRICT JUDGE