IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:26-cv-320-D-RN

| | | |
|---|---|---|
| PAMELA DENISE JOHNSON,<br>Plaintiff,<br><br>v.<br><br>CONSUMER PORTFOLIO SERVICES INC., ERIE INSURANCE COMPANY,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NOTICE DIRECTING PLAINTIFF TO PROCEED AFTER FAILURE TO ANSWER |

The docket in this action indicates that defendant Consumer Portfolio Services Inc. and Erie Insurance Company have not filed responsive pleadings or motions within the appropriate time periods. Please proceed in accordance with Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1 to obtain an entry of default. If no steps are taken within 21 days of receipt of this notice, the court will require you to show cause why this action should not be dismissed as to defendants for failure to prosecute.

This the 30 day of September, 2026.

/s/ Peter A. Moore, Jr.
Clerk of Court