IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-cv-320-D-RN

| | | |
|---|---|---|
| PAMELA DENISE JOHNSON,<br>Plaintiff,<br><br>v.<br><br>NC RECOVERY SERVICES INC.,<br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **NOTICE TO PLAINTIFF OF FAILURE TO MAKE SERVICE, Fed. R. Civ. P. 4(m)** |

The plaintiff must serve each defendant with a summons and a copy of the complaint. See Fed. R. Civ. P. 4(b), (c)(1). Unless the plaintiff can show good cause for failing to do so, the plaintiff must complete service of process on each defendant within 90 days of filing the complaint to avoid dismissal of the action without prejudice. See Fed. R. Civ. P. 4(m).

The docket in this action shows that 90 days have passed since the filing of the complaint, and you have not yet served defendant(s) CARTIVA INC.. Your status as a pro se or informa pauperis litigant does not excuse you from your responsibilities to secure service. **You have 14 days from receipt of this notice to show good cause to the court for your failure to serve defendant(s) . with the summons and a copy of the complaint. If you fail to respond to this notice, the court will dismiss without prejudice this/these defendant(s).**

SO ORDERED. This 30 day of September, 20 26.

/s/ Peter A. Moore, Jr.
Clerk of Court