# EXHIBIT A

United States Postal Service Tracking Records

Tracking No. 9589071052703013619549

Supporting Plaintiff's assertion that Defendant American Recovery Services filed its Motion for Leave to File an Answer Out of Time before Plaintiff's mailing was delivered to Defendant.

# American Recovery Services

Delivered September 29, 2026 @9:44 AM Est

VIA Certified Mail

## USPS Tracking®

Tracking

Track Packages Anytime, Anywhere | Get the free Informed Delivery® feature to receive automated notifications on your packages | Learn Mo

Tracking Number:

**9589071052703013619549**

Copy   Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:44 am on September 29, 2026 in EL DORADO HILLS, CA 95762.

Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

EL DORADO HILLS, CA 95762
September 29, 2026 9:44 AM

See All Tracking History

What Do USPS Tracking Statuses Mean?