# EXHIBIT B

Email Correspondence Between Plaintiff Pamela Denise Johnson and Steven Schelk, Chief Risk Officer of American Recovery Services

Dated September 2, 2026

Supporting Plaintiff's assertion that Defendant American Recovery Services had actual notice of this litigation and requested an extension of time to respond.

Outlook

## Pamela Johnson v. NC Recovery Services, et al; Case No. 5:26-CV-00320-D-RN

**From** Steven Schelk <steven.schelk@pkwillis.com>
**Date** Wed 9/2/2026 3:57 PM
**To** 'pamelaj0126@gmail.com' <pamelaj0126@gmail.com>

1 attachment (5 MB)
Pamela Denise Johnson vs PKW.pdf;

Good Afternoon Mrs. Johnson,

I write from Patrick K Willis Co Inc, DBA American Recovery Service. We are named as Defendant #4 in the attached complaint. We would like to request an additional 7 day extension to submit an answer to the complaint. Please confirm if you agree to the extension by responding to this correspondence. Please let me know if you have any questions or concerns.

Thank you,

**Steven Schelk**
Chief Risk Officer | Patrick K. Willis Company Inc.
American Recovery Service & Skipbusters
Office: 916-673-3600
Cell: 916-955-6108
Fax: 916-209-7069
Email: StevenS@pkwillis.com

Patrick K. Willis Company, Inc.
www.pkwillis.com

NOTICE: The information contained in this transmission, including attachments, may contain confidential information that is privileged, confidential and/or exempt from disclosure by applicable law. It is intended only for the use of the person(s) or entity to which it is addressed. If the reader of this transmission is not the intended recipient, the reader is hereby notified that any review, use, dissemination, distribution or duplication of this communication (including any reliance thereon) is strictly prohibited. If you have received this transmission in error, please contact the sender by reply email, then delete and destroy the material in its entirety, whether in electronic or hard copy format. WE SPECIFICALLY DISCLAIM RESPONSIBILITY FOR ANY UNAUTHORIZED USE OF THIS COMMUNICATION OR ANY ATTACHMENTS TO IT. Thank you.

Outlook

## RE: Request for Extension - Johnson v. Consumer Portfolio Services, Inc., et al. (Civil No. 5:26-CV-00320-D-RN

**From** Pamela Johnson <pamelaj0126@gmail.com>
**Date** Wed 9/2/2026 8:31 PM
**To** steven.schelk@pkwillis.com <steven.schelk@pkwillis.com>

Dear Mr. Schelk,

Thank you for your correspondence.

I consent to a 7-day extension from today's date for Patrick K. Willis Co. Inc. / American Recovery Service to file its response or answer to the complaint. Please file the appropriate motion or notice of extension with the Court by September 9, 2026, to reflect this agreement on the docket.

Sincerely,

Pamela Johnson, Pro Se
Plaintiff

Outlook

## RE: Request for Extension - Johnson v. Consumer Portfolio Services, Inc., et al. (Civil No. 5:26-CV-00320-D-RN

**From** Steven Schelk <steven.schelk@pkwillis.com>
**Date** Thu 9/3/2026 3:36 PM
**To** 'Pamela Johnson' <pamelaj0126@gmail.com>

Thank you,


**Steven Schelk**
Chief Risk Officer | Patrick K. Willis Company Inc.
American Recovery Service & Skipbusters
Office: 916-673-3600
Cell: 916-955-6108
Fax: 916-209-7069
Email: StevenS@pkwillis.com

Patrick K. Willis Company, Inc.

www.pkwillis.com


**From:** Pamela Johnson <pamelaj0126@gmail.com>
**Sent:** Wednesday, September 2, 2026 5:32 PM
**To:** Steven Schelk <steven.schelk@pkwillis.com>
**Subject:** RE: Request for Extension - Johnson v. Consumer Portfolio Services, Inc., et al. (Civil No. 5:26-CV-00320-D-RN

Dear Mr. Schelk,

Thank you for your correspondence.

I consent to a 7-day extension from today's date for Patrick K. Willis Co. Inc. / American Recovery Service to file its response or answer to the complaint. Please file the appropriate motion or notice of extension with the Court by September 9, 2026, to reflect this agreement on the docket.

Sincerely,

Pamela Johnson, Pro Se
Plaintiff


NOTICE: The information contained in this transmission, including attachments, may contain confidential information that is privileged, confidential and/or exempt from disclosure by applicable law. It is intended only for the use of the person(s) or entity to which it is addressed. If the reader of this transmission is not the intended recipient, the reader is hereby notified that any review, use, dissemination, distribution or duplication of this communication (including any reliance thereon) is strictly prohibited. If you have received this transmission in error, please contact the sender by reply