UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| Pamela Denise Johnson,<br><br>Plaintiff,<br><br>v.<br><br>Consumer Portfolio Services, Inc., et al.<br><br>Defendants. | Case No.: 5:26-cv-00320-D-RN |

**DEFENDANT PRANCER CAPITAL CORP.'S MOTION TO STRIKE PLAINTIFF'S <u>SECOND AMENDED COMPLAINT</u>**

COMES NOW Defendant Prancer Capital Corp. ("PCC"), through its undersigned counsel, hereby moves to strike Plaintiff's Second Amended Complaint. Defendant incorporates by reference the accompanying Memorandum of Law. This Motion is timely because Plaintiff never served either her First Amended Complaint or her Second Amended Complaint on PCC. *See* Dkt. #42; *see also* Dkt. #49, p. 2, ¶ 5 (inaccurately claiming "the United States Marshals Service retains responsibility for effecting service of…amended pleadings").

WHEREFORE, Defendant Prancer Capital Corp. respectfully requests the Court grant this Motion, strike Plaintiff's Second Amended Complaint, and grant such other and further relief as is appropriate.

[SIGNATURE PAGE FOLLOWS]

Dated: October 26, 2026

Respectfully submitted,


*/s David A. Grassi, Jr.*
David A. Grassi, Jr. (N.C. Bar No. 38191)
Frost Echols, LLC
Mailing Address:
P.O. Box 12645
Rock Hill, SC 29730
Physical Address:
300 Chatham Ave., Suite 310
Rock Hill, SC 29731
Phone: (803) 329-8970
Email: david.grassi@frostechols.com

*Counsel for Defendant Prancer Capital Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2026, a copy of the foregoing was filed with the court via the Clerk of the Court using the CM/ECF system, and sent via U.S. Mail and/or electronic mail to:


Pamela Denise Johnson
3661 Sunset Ave., Ste. 748
Rocky Mount, NC 27804
Pamelaj0126@gmail.com
*Pro se Plaintiff*


*/s David A. Grassi, Jr.*
David A. Grassi, Jr.